UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COACTION SPECIALTY MANAGEMENT COMPANY, INC.,

Plaintiff,

-v-

RISK POINT UNDERWRITING MANAGERS, LLC,

Defendant.

---

25-CV-8926 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 23, 2026, Plaintiff filed an Amended Complaint, ECF No. 29, in response to the Court's October 16, 2026 Order, ECF No. 28, identifying defects in Plaintiff's prior invocation of the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332. The Amended Complaint identifies each of Defendant Rick Point Underwriting Managers, LLC's members, but it merely alleges relevant natural persons' states of residence, not their states of citizenship. ECF No. 29 ¶ 10. For the purpose of diversity jurisdiction, however, "a statement of the parties' residence is insufficient to establish their citizenship." *Leveraged Leasing Admin. Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44, 47 (2d Cir. 1996); *see also, e.g.*, *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998) ("For purposes of diversity jurisdiction, a party's citizenship depends on his domicile."); *Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[A]llegations of residency alone cannot establish citizenship . . . .").

Accordingly, no later than **November 9, 2026**, Plaintiff shall file a second amended complaint properly alleging the *citizenship* of each natural person relevant to establishing Defendant's citizenship. If, by that date, Plaintiff does not file a second amended complaint establishing this Court's subject-matter jurisdiction, **the Court will dismiss the case without prejudice and without further notice to any party.**

SO ORDERED.

Dated: November 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge